IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

H. C., FATHER OF K. J. C.,

　　　　　Appellant,

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

　　　　　Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3922

_____/

Opinion filed December 2, 2016.

An appeal from the Circuit Court for Walton County.
Thomas R. Santurri, Judge.

Gregory P. Farrar, Pensacola, for Appellant.

Dwight O. Slater, Appellate Counsel, Children's Legal Services, Department of Children & Families, Tallahassee, Kelley Schaeffer, Appellate Counsel, Guardian Ad Litem Program, Sanford, for Appellee.

PER CURIAM.

　　　AFFIRMED.

WETHERELL, MAKAR, and KELSEY, JJ., CONCUR.